UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:02-cr-0151-02 (LJM/KPF) |
| | ) | |
| QURAN L. SIMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Quran L. Sims's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 24 months in the custody of the Attorney General or his designee. It is recommended that Mr. Sims be designated to the federal institution nearest to defendant's permanent residence. Upon Mr. Sims's release from confinement, he will not be subject to supervised release.

SO ORDERED this 05/24/2012

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jim Warden,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Gwen Beitz,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal