# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __INDIANA__

UNITED STATES OF AMERICA
v.

QURAN SIMS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:02CR00151-002
USM Number: 06948-028

Gwen Beitz
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to Violation Number(s) __1__ of the term of supervision.

G was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Escape from Residential Reentry Center (RRC) | 05/18/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

G The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3100

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:

Muncie, IN

5/24/2012
Date of Imposition of Judgment

/s/ Larry J. McKinney
Signature of Judicial Officer

**The Honorable Larry J. McKinney, U.S. District Court Judge**
Name and Title of Judicial Officer

June 18, 2012
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By /s/ Deputy Clerk

DEFENDANT:      QURAN SIMS
CASE NUMBER:    1:02CR00151-002

Judgment — Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :     24 months

X    The court makes the following recommendations to the Bureau of Prisons:
     incarceration as close to Muncie, Indiana, as possible.

X    The defendant is remanded to the custody of the United States Marshal.

G    The defendant shall surrender to the United States Marshal for this district:
     G    at _____ G a.m. G p.m. on _____ .
     G    as notified by the United States Marshal.

G    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     G    before 2 p.m. on _____ .
     G    as notified by the United States Marshal.
     G    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL